UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22324-BLOOM/Otazo-Reyes**

MONICA BURILLO DE LARREA,

    Plaintiff,

v.

GOLDEN YACHT CHARTERS,
INC., *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Report, ECF No. [88] and Joint Motion to Approve Settlement Agreement, Administratively Close Case, and Retain Jurisdiction to Enforce Settlement Agreement ("Motion"), ECF No. [89], filed on July 13, 2022, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, ECF No. [89], is **GRANTED** as to the parties' request that the Court retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties.[1]

2. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**,

---

[1] To the extent the parties request that the Court approve the terms of their settlement agreement, the parties have not yet filed a copy of the settlement agreement for the Court's review.

Case No. 21-cv-22324-BLOOM/Otazo-Reyes

all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 14, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record