**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-22324-BLOOM/Otazo-Reyes**

MONICA BURILLO DE LARREA,

    Plaintiff,

v.

GOLDEN YACHT CHARTERS,
INC., *et al.*,

    Defendants.
_____/

**FINAL JUDGMENT**

    **THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Final Judgment against Defendants Golden Yacht Charters, Inc. and Juan Rojas, ECF No. [92]. On July 13, 2022, the parties filed a Joint Motion to Approve Settlement Agreement, ECF No. [89]. The Joint Motion indicates that the parties reached settlement as to all claims in the present action and requested that the Court retain jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement. On July 14, 2022, the Court entered an Order Administratively Closing Case, ECF No. [91]. The Court retained jurisdiction for the sole purpose of enforcing the Settlement Agreement as requested by the parties.

    On August 7, 2023, Plaintiff filed a Motion for Entry of Final Judgment against Defendants. Plaintiff's Motion explains that Defendants defaulted under the Settlement Agreement by failing to make the settlement payments due on May 20, 2023 and June 20, 2023. ECF No. [92]. The Settlement Agreement provides that in the event of Defendants' default, Plaintiff is entitled to an entry of final judgment against Defendants in the amount of $2,100,000.00, less any settlement payments received prior to default. ECF No. [95]. The Court finds that Plaintiff has discharged her

Case No. 21-cv-22324-BLOOM/Otazo-Reyes

obligations under the Settlement Agreement by sending Defendants a Notice of Default on June 28, 2023, and by providing fifteen days for Defendants to cure their default under the Settlement Agreement. ECF No. [92-2]. The Court therefore enters this Final Judgment pursuant to Federal Rule of Civil procedure 58(a).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of **$2,000,000.00** ("Default Judgment Amount").[1]

2. Defendants Golden Yacht Charters, Inc. and Juan Rojas are liable for the full Default Judgment Amount of **$2,000,000.00**, jointly and severally, pursuant to the Settlement Agreement.

3. The Court retains jurisdiction over this matter to enter any additional post-judgment orders as necessary.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 6, 2023.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

---

[1] This amount reflects the total default judgment owed to Plaintiff under the Settlement Agreement, less the $100,000.00 in settlement payments Plaintiff received from Defendants prior to their default. ECF No. [95].