UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22324-BLOOM/Elfenbein

MONICA BURILLO DE LARREA,

    Plaintiff,

v.

BOOK GYC, LLC and
JACQUELINE KALAPTCHIAN,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Plaintiff Monica Burillo De Larrea's Motion to Strike Affirmative Defenses ("Motion"). ECF No. [116]. The Motion was referred to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendation. *See* ECF No. [118]. On August 18, 2025, Judge Elfenbein issued a Report and Recommendation recommending that Defendants' First, Second, Tenth, and Seventeenth Affirmative Defenses be stricken and the Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Fourteenth, Fifteenth, and Sixteenth Affirmative Defenses be treated as specific denials. ECF No. [133] at 19. Judge Elfenbein also recommended denying Plaintiff's Motion to the extent it seeks to strike Defendants' Third, Eleventh, Twelfth, and Thirteenth Affirmative Defenses. *Id.*

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with the Honorable Beth Bloom, United States District Judge." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Magistrate Judge Elfenbein's Report

Case No. 21-cv-22324-BLOOM/Elfenbein

and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Motion should be granted in part and denied in part for the reasons stated in the Report and Recommendation.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Elfenbein's Report and Recommendation, **ECF No. [133]**, is **ADOPTED**.

2. Plaintiff's Motion to Strike, **ECF No. [116]**, is **GRANTED in part and DENIED in part**.

3. Plaintiff's request to strike Defendants' First, Second, Tenth, and Seventeenth Affirmative Defenses is **GRANTED.**

4. Plaintiffs' request to strike Defendants' Third, Eleventh, Twelfth, and Thirteenth Affirmative Defenses is **DENIED.**

5. The Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Fourteenth, Fifteenth, and Sixteenth Affirmative Defenses shall be treated as specific denials.

**DONE and ORDERED** in Chambers in Miami, Florida, on September 3, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record